**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

WILLIAM H. PYLES *
*
*
v. * Civil No. – JFM-15-2046
*
VETERAN ADMINISTRATION *
******

**MEMORANDUM**

Plaintiff has filed this action claiming that his compensation and pension benefits would be withheld beginning in September 2015 by the Veteran Administration because plaintiff had been overpaid by $113,528.87. The defendant has filed a motion to dismiss. The motion will be granted.

This court lacks subject matter jurisdiction over claims relating to veterans' benefits. *See* 38 U.S.C. § 511(a).

A separate order granting defendant's motion is being entered herewith.

Date: 3/30/16

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2016 MAR 30 PM 4:49
CLERK'S OFFICE
AT BALTIMORE
BY ________ DEPUTY